OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF ABEL ACOSTA, CLERK
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN 17. 2015
U.S. POSTAGE ≫ PITNEY BOWES

WR-83,380-08

6/17/2015
HAINES, RODNEY STEVE    Tr.Ct. No. A05-216-1
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347799
1300 FM 655
ROSHARON, TX  77583

REF